UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-3468 SJO (FFMx) | Date | 01/23/18 |
|---|---|---|---|
| Title | Lost Art Liquids, LLC v. Food and Drug Administration, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| James Munoz | CS 01/23/18 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Phil Darman<br>Susan Gernert | Eric Beckenhauer |

**Proceedings:   PLAINTIFF'S MOTION TO COMPEL - 40**

Case called.  Counsel make their appearance.  Court hears argument.

Plaintiff's motion to compel is taken under submission.

:31
JM